**Order entered October 5, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00855-CV

**DEUTSCHE BANK, NATIONAL TRUST COMPANY, AS TRUSTEE, IN TRUST FOR THE REGISTERED HOLDERS OF MORGAN STANLEY ABS CAPITAL I INC. TRUST 2006-NC5, MORTGAGE PASS-THOUGH CERTIFICATES, SERIES 2006 NC5, Appellant**

**V.**

**KINGMAN HOLDINGS, LLC, AS TRUSTEE FOR THE MAHOGANY 1857 LAND TRUST, Appellee**

**On Appeal from the 429th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 429-04363-2013**

## ORDER

Before the Court is appellant's September 14, 2015 motion to strike a brief tendered to the Court by Kevin Alaimo, who is not a party to this appeal. The brief was received by the Court on September 10, 2015, but never filed with the Court.

The motion is **DENIED AS MOOT**.

/s/    CRAIG STODDART
       JUSTICE